IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00315-PAB-BNB

RICARDO PAREDES,

Plaintiff,

v.

4 CORNERS WELL SERVICE, INC., a/k/a Bobby Higgins Well Service, and
STANLEY GOODALL,

Defendants.

_____

## ORDER
_____

The parties appeared this afternoon for a scheduling conference. The proposed scheduling order was refused for reasons stated on the record. Consistent with our discussion this afternoon:

IT IS ORDERED that a settlement conference is set for **September 10, 2009, at 10:00 a.m.** Confidential settlement letters shall be submitted to the court on or before September 3, 2009.

IT IS FURTHER ORDERED that a final pretrial conference is set for **March 8, 2010, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed final pretrial order and submit it to the court no later than March 1, 2010.

IT IS FURTHER ORDERED that the parties shall submit, on or before **June 30, 2009**, a revised scheduling order, modified as discussed at the conference this afternoon and utilizing the form contained at D.C.COLO.LCivR Appendix F.

Dated June 22, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge