IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00315-PAB-BNB

RICARDO PAREDES,

Plaintiff,

v.

4 CORNERS WELL SERVICE, INC., a/k/a Bobby Higgins Well Service, and
STANLEY GOODALL,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Motion to Withdraw as Counsel** [Doc. # 17, filed 11/4/2009] by plaintiff's counsel, Dennis W. Montoya (the "Motion to Withdraw"). I held a hearing on the Motion to Withdraw this morning and made rulings on the record, which are incorporated here.

During the hearing, plaintiff's counsel stated that the differences between counsel and the plaintiff have been resolved, and he no longer seeks leave to withdraw. In view of delays occasioned by the Motion to Withdraw, however, the discovery cut-off and the dispositive motion deadline must be extended. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Withdraw [Doc. # 17] is DENIED

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

(1) The discovery cut-off is extended to and including **December 31, 2009**, solely to allow the deposition of the plaintiff to be taken; and

(2) The dispositive motion deadline is extended to **January 22, 2010.**

Dated November 18, 2009.

BY THE COURT:

　s/ Boyd N. Boland　　　　　　　
United States Magistrate Judge