IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00315-PAB-BNB

RICARDO PAREDES,

Plaintiff,

v.

4 CORNERS WELL SERVICE, INC., a/k/a Bobby Higgins Well Service, and
STANLEY GOODALL,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that plaintiff's **Motion to Accept Plaintiff-Counter Defendant's Response to the Court's Order to Show Cause as Timely** [Doc. # 32] is GRANTED.

DATED: April 15, 2010